| | |
|---|---|
| Debtor 1 | WAYNE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | |
| Case number (if known) | 24-10764 |

USBC-MD B FILED DB
DATE:
4/9/24 SHC

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12 15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 56,150.00 |
| 1c. Copy line 63, Total of all property, from *Schedule A/B* | $ 56,150.00 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim* at the bottom of the last page of Part 1 of *Schedule D* | $ 415,861.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3a. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 609.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4 *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 11,608.00 |
| 5 *Schedule J: Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 7,089.00 |

**Part 4:**    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapter 7, 11, or 13?**

☐ **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

✔ Yes

7. **What kind of debt do you have?**

✔ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11 **OR,** Form 122C-1 Line 14;

$      11,467.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | $ | 0.00 |
| 9g. **Total.** Add line 9a through 9f. | $ | 0.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | WAYNE YOUNG |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the:

Case number (if known)  24 - 10764

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.**

Street address, if available, or other description

_____

City                    State  Zip Code

Country

**What is the property? Check all that apply:**
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Other _____

**Who has an interest in the property? Check one:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?            Current value of the portion you own?

$ _____            $ _____ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.__.**

Street address, if available, or other description

_____

City                    State  Zip Code

Country

**What is the property? Check all that apply:**
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Other _____

**Who has an interest in the property? Check one:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?            Current value of the portion you own?

$ _____            $ _____ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

1.3 _____

_____
Street address, if available, or other
description

_____

_____

City                    State  Zip Code

_____

Country

**What is the property?** Check all that apply:

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Other _____

**Who has an interest in the property?** Check
one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this
item, such as local property identification
number:** _____

Do not deduct secured claims or exemptions.
Put the amount of any secured claims on
*Schedule D: Creditors Who Have Claims
Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?

$ _____              $ _____

**Describe the nature of your ownership
interest** (such as fee simple, tenancy by the
entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see
instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have
attached for Part 1. Write that number here.

$ _____

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone
else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility
vehicles, motorcycles**
☐ No
✔ Yes

3.1. Make:  JEEP

Model:  GRAND CHEROKEE L

Year:  2022

Approximate mileage:
27000

Other information:
GOOD

If you own or have more than one,
describe here:

3.2. Make:  FORD

Model:  FUSION

Year:  2019

Approximate mileage:
29900

Other information:
GOOD

**Who has an interest in the property?** Check
one:

☐ Debtor 1 only
✔ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

**Who has an interest in the property?** Check
one:

✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions.
Put the amount of any secured claims on
*Schedule D: Creditors Who Have Claims
Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?

$        36,000.00           $      36,000.00

Do not deduct secured claims or exemptions.
Put the amount of any secured claims on
*Schedule D: Creditors Who Have Claims
Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?

$        14,000.00           $      14,000.00

---

3.3. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$ _____    $ _____

If you own or have more than one, describe here:

3.4. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$ _____    $ _____

---

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

*Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

☐ No
☐ Yes

4.1. Make: _____
    Model: _____
    Year: _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$ _____    $ _____

If you own or have more than one, describe here:

4.2. Make: _____
    Model: _____
    Year: _____
    Other information:

**Who has an interest in the property?** Check one:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$ _____    $ _____

---

2  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.

$     50,000.00

| **Part 3:** | Describe Your Personal and Household Items | |
|---|---|---|

| Do you own or have any legal or equitable interest in any following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
✔ Yes. Describe

SECTIONAL SOFA, 2 LOVE SEATS, 1 LAZY BOY ROCKING CHAIR, POOL TABLE, BEDROOM SET WITH KING BED AND 3 DRESSER DRAWERS

$ 3,700.00

**7. Electronics**
*Examples:* Televisions and radios, audio, video, stereo, and digital equipment; computers, printers, scanners, music, collections; electronic devices including cell phones, cameras, media players, games

☐ No
✔ Yes. Describe

3 TVS, 2 COMPUTERS AND TWO PRINTERS

$ 1,600.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

✔ No
☐ Yes. Describe

$

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes, and kayaks; carpentry tools, musical instruments

☐ No
✔ Yes. Describe

TREADMILL, WORKOUT BENCH

$ 600.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

✔ No
☐ Yes. Describe

$

$ 250.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
✔ Yes. Describe

2 FOSSIL WATCHES

$

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

✔ No
☐ Yes. Describe

$

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

✔ No
☐ Yes. Describe

$

**14. Any other personal and household items you did not already list, including any health aids you did not list**

✔ No
☐ Yes. Describe

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.

$ 6,150.00

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

✔ No
☐ Yes.............................................................    Cash: ..................    $ _____

17.  **Deposits of money**
*Examples:* Checking. savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

✔ No
☐ Yes........................        Institution name:
    17.1: _____    $ _____
    17.2: _____    $ _____
    17.3: _____    $ _____
    17.4: _____    $ _____
    17.5: _____    $ _____
    17.6: _____    $ _____
    17.7: _____    $ _____

18.  **Bonds, mutual funds, or publicly readed stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

✔ No
☐ Yes...................        Institution or issuer name:

    _____    $ _____

    _____    $ _____

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

✔ No
☐ Yes. Give specific information about them.... .............        Name of entity:

    _____    _____ %    $ _____

    _____    _____ %    $ _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

✔ No
❏ Yes  Give specific information about them........ .........

Issuer name:

_____  $ _____

_____  $ _____

_____  $ _____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings account, or other pension or profit-sharing plans

✔ No
❏ Yes. List each account separately ...................
  Type of account:                    Institution name:

  401(k) or similar plan:  _____  $ _____

  Pension plan:  _____  $ _____

  IRA:  _____  $ _____

  Retirement account:  _____  $ _____

  Keogh:  _____  $ _____

  Additional account:  _____  $ _____

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

✔ No
❏ Yes ...................
                        Institution name or individual:

  Electric:  _____  $ _____

  Gas:  _____  $ _____

  Heating oil:  _____  $ _____

  Security deposit on rental
  unit:  _____  $ _____

  Prepaid rent:  _____  $ _____

  Telephone:  _____  $ _____

  Water:  _____  $ _____

  Rented furniture:  _____  $ _____

  Other:  _____  $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

✔ No
❏ Yes ..............     Issuer name and description:

_____  $ _____

_____  $ _____

_____  $ _____

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

✔ No
☐ Yes..................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(C):

_____ $ _____

_____ $ _____

_____ $ _____

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

✔ No
☐ Yes. Give specific
information about them _____ $ _____

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

✔ No
☐ Yes. Give specific
information about them _____ $ _____

27. Licenses, franchises, and other general intangibles
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

✔ No
☐ Yes. Give specific
information about them _____ $ _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. Tax refunds owed to you

✔ No
☐ Yes
Give specific
information about
them, including
whether you already
filed the returns and
the tax
years.................

Federal: $ _____

State: $ _____

Local: $ _____

29. Families support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

✔ No
☐ Yes.
Give specific
information.................

Alimony: $ _____

Maintenance: $ _____

Support: $ _____

30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

Divorce Settlement: $ _____

Property settlement: $ _____

✔ No
☐ Yes.
Give specific
information.................

$ _____

31. Interests in insurance policies
*Examples: Health, disability, or life insurances; health savings account (HSA); credit, homeowner's, or renter's insurance*

✔ No
❏ Yes. Name the insurance
company of each policy
and list its value ...

| | Company name: | | Beneficiary: | | Surrender or refund value |
|---|---|---|---|---|---|
| | _____ | | _____ | $ _____ | |
| | _____ | | _____ | $ _____ | |
| | _____ | | _____ | $ _____ | |

32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

✔ No
❏ Yes. Give specific information................ [_____]  $
_____

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples: Accidents, employment disputes, insurance claims, or rights to sue*

✔ No
❏ Yes. Give specific information................ [_____]  $
_____

34. Other contingent and unliquidated claims of every nature, include counterclaims of the debtor and rights to set off claims

✔ No
❏ Yes. Give specific information................ [_____]  $
_____

35. Any financial assets you did not already list

✔ No
❏ Yes. Give specific information................ [_____]  $
_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.
Write that number here.    $    6,150.00

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

✔ No. Go to part 6.
❏ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned

❏ No

❏ Yes. Give specific information................ [_____]  $
_____

39. Office equipment, furnishings, and supplies
*Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices*

❏ No
❏ Yes. Give specific information................ [_____]  $
_____

40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☐ No
☐ Yes. Describe...............................  [                                    ]  $ _____

41.  Inventory

☐ No
☐ Yes. Describe...............................  [                                    ]  $ _____

42.  Interests in partnerships or joint ventures

☐ No
☐ Yes. Describe.     Name of entity:% of ownershipp:

_____  _____  % $ _____
_____  _____  % $ _____
_____  _____  % $ _____

43.  Customer lists, mailing lists, or other compilations

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes. Describe.

[                                    ]  $ _____

44.  Any business-related property you did not already list

☐ No
☐ Yes. Give specific information.

_____  $ _____
_____  $ _____
_____  $ _____
_____  $ _____
_____  $ _____
_____  $ _____

45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.
Write that number here.                                                                      $ _____

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |

46.  Do you own or have any legal or equitable interest in any business-related property?

✔ No. Go to part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47.  **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No

☐ Yes. Give specific information.................  [                                    ]  $ _____

48.  Crops-either growing or harvested

☐ No
☐ Yes. Give specific information. [                    ]   $ _____

49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☐ No
☐ Yes .......................... [                    ]   $ _____

50.  Farm and fishing supplies, chemicals, and feed

☐ No
☐ Yes .......................... [                    ]   $ _____

51.  Any farm- and commercial fishing-related property you did not already list

☐ No
☐ Yes .......................... [                    ]   $ _____

52. Add the dollar value of all your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.   $ _____

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☐ No
☐ _____ n..................
$ _____
$ _____   [                    ]

54. Add the dollar value of all of your entries from Part 7. Write that number here.   $ _____

| **Part 8:** | List the Totals of Each Part of this Form |

55. Part 1: Total real estate, line 2   $   0.00

56. Part 2: Total vehicles, line 5   $   50,000.00

57. Part 3: Total personal and household items, line 15   $   6,150.00

58. Part 4: Total financial assets, line 36   $   0.00

59. Part 5: Total business-related property, line 45   $ _____

60. Part 6: Total farm- and fishing-related property, line 52   $ _____

61. Part 7: Total other property not listed, line 54   $ _____

62. Total personal property. Add lines 56 through 61.   $   56,150.00   Copy personal property total

$   56,150.00   63. Total of all property on Schedule A/B. Add line 55 + line 62.

$   56,150.00

Official Form 106A/B                Schedule A/B: Property                10

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | WAYNE YOUNG |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | |
| Case number (if known) | |

Official Form 106C

☐ Check if this is an amended filing

# Schedule C: The Property You Claim as Exempt

04 22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—maybe unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the formation below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: BEDROOM SET WITH KING<br>Line from *Schedule A/B*: ____ | $ 1,500.00 | ☐ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: POOL TABLE<br>Line from *Schedule A/B*: ____ | $ 500.00 | ☐ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(3) |
| Brief description: 2 LOVE SEATS, 1 LAZY BO<br>Line from *Schedule A/B*: ____ | $ 500.00 | ☐ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(3) |

3. Are you claiming a homestead exemption of more than $189,050?
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: SECTIONAL SOFA<br>Line from Schedule A/B: _____ | $ 1,200.00 | $ 1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: 2 FOSSIL WATCHES<br>Line from Schedule A/B: _____ | $ 250.00 | $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(3) |
| Brief description: WORKOUT BENCH<br>Line from Schedule A/B: _____ | $ 300.00 | $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: TREADMILL<br>Line from Schedule A/B: _____ | $ 300.00 | $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: 2019 FORD FUSION<br>Line from Schedule A/B: _____ | $ 14,000.00 | $ 12,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: 2022 JEEP GRAND CHERO<br>Line from Schedule A/B: _____ | $ 36,000.00 | $ 12,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: 2 COMPUTERS AND TWO F<br>Line from Schedule A/B: _____ | $ 600.00 | $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: 3 TVS<br>Line from Schedule A/B: _____ | $ 1,000.00 | $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(d)(5) |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ 0.00 | $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ 0.00 | $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ 0.00 | $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ 0.00 | $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | WAYNE  YOUNG |
|---|---|

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
✔ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form. ☐ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

| List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | Column A Amount of Claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $ 415,861.00 | $ 598,000.00 | $ 0.00 |
|---|---|---|---|---|

SHELLPOINT MORTGAGE SERVICING
Creditors Name

| | SINGLE FAMILY HOME |
|---|---|

PO BOX 10826
Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent

GREENVILLE, SC 29603-0826
City            State      ZIP Code

☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
✔ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
✔ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  05/23/2005       Last 4 digits of account number         1732

| 2.2 | Describe the property that secures the claim: | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

Creditors Name

As of the date you file, the claim is: Check all that apply.

Number    Street

☐ Contingent
☐ Unliquidated

City            State      ZIP Code

☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred                    Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:

| $ | 415,861.00 |
|---|---|

Fill in this information to identify your case:

Debtor 1      WAYNE YOUNG

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:

Case number (if known)   24 - 10764

☐ Check if this is an amended filing

**Official Form 106E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts on unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
✔ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page or Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Last 4 digits of account number _____ | $ 0.00 | $ 0.00 | $ 0.00 |

Priority Creditors Name     **When was the debt incurred?** _____

Number   Street     **As of the date you file, the claim is:** Check all that apply.
    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
    ☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| — | Last 4 digits of account number _____ | $ 0.00 | $ 0.00 | $ 0.00 |

Priority Creditors Name     **When was the debt incurred?** _____

Number   Street     **As of the date you file, the claim is:** Check all that apply.
    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
    ☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 1:   Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**Last 4 digits of account number** _____    $      0.00   $      0.00   $      0.00

Priority Creditors Name

**When was the debt incurred?** _____

Number   Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

City            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**Last 4 digits of account number** _____    $      0.00   $      0.00   $      0.00

Priority Creditors Name

**When was the debt incurred?** _____

Number   Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

City            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**Last 4 digits of account number** _____    $      0.00   $      0.00   $      0.00

Priority Creditors Name

**When was the debt incurred?** _____

Number   Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

City            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
✔ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:**    List All of Your **NONPRIORITY** Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

✔ Yes.

**4. List all of your nonpriority unsecured claims in alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim |
|---|---|---|

| **4.1** | | |
|---|---|---|
| MAXLEND | **Last 4 digits of account number**   9975 | $     609.00 |
| Nonpriority Creditors Name | **When was the debt incurred?**   11/24/2023 | |
| 217 3RD AVENUE NE | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| PARSHALL, ND 58770 | ☐ Contingent<br>☐ Unliquidated | |
| City             State    ZIP Code | ☐ Disputed | |

**Who incurred the debt?** Check one.

✔ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify
Personal Loan

**Is the claim subject to offset?**

✔ No
☐ Yes

| **4.2** | | |
|---|---|---|
| | **Last 4 digits of account number** | $ |
| Nonpriority Creditors Name | **When was the debt incurred?** | |
| | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent<br>☐ Unliquidated | |
| City             State    ZIP Code | ☐ Disputed | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify

**Is the claim subject to offset?**

☐ No
☐ Yes

| **4.3** | | |
|---|---|---|
| | **Last 4 digits of account number** | $ |
| Nonpriority Creditors Name | **When was the debt incurred?** | |
| | | |
| Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent<br>☐ Unliquidated | |
| City             State    ZIP Code | ☐ Disputed | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor 1    WAYNE   YOUNG

Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

☐

Last 4 digits of account number _____

$ _____

_____
Nonpriority Creditors Name

**When was the debt incurred?** _____

_____
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

_____
City                    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

---

☐

Last 4 digits of account number _____

$ _____

_____
Nonpriority Creditors Name

**When was the debt incurred?** _____

_____
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

_____
City                    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

---

☐

Last 4 digits of account number _____

$ _____

_____
Nonpriority Creditors Name

**When was the debt incurred?** _____

_____
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

_____
City                    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
✔ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | WAYNE YOUNG |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the:

Case number (if known) _____

☐ Check if this is an amended filing

**Official Form 106H**

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
✔ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

✔ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
☐ No
☐ Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

_____
Name

_____
Number    Street

_____
City                          State     ZIP Code

**3. In Column 1, list all your codebtors.** Do not include your spouse as codebtor if your spouse is filing with you. List the person shown in line 2 again as codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2. (If you are filing a joint case, do not list either spouse as a codebtor.)

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.1

_____
Name

_____
Number    Street

_____
City                          State     ZIP Code

☐ Schedule D, _____
☐ Schedule E/F, _____
☐ Schedule G, _____

3.2

_____
Name

_____
Number    Street

_____
City                          State     ZIP Code

☐ Schedule D, _____
☐ Schedule E/F, _____
☐ Schedule G, _____

3.3

_____
Name

_____
Number    Street

_____
City                          State     ZIP Code

☐ Schedule D, _____
☐ Schedule E/F, _____
☐ Schedule G, _____

Official Form 106H                    **Schedule H: You Codebtors**                    1

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | WAYNE | | YOUNG |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | | |
| Case number (if know) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income 12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | | | |
| If you have more than one job, attach a separate page within formation about additional employers.<br>Include part-time, seasonal, or self-employed work.<br>Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | **Occupation** | SR ACQUISITION PROGRAM ANALYST | |
| | **Employer's name** | NATIONWIDE IT SERVICES | WALTER J. MITCHELL ELEMENTARY SCHOOL |
| | **Employer's address** | 4025 FAIR RIDGE DRIVE, SUITE 3<br>Number  Street | 400 WILLOW LANE<br>Number  Street |
| | | FAIRFAX VA<br>City      State   ZIP Code | LA PLATA MD<br>City      State  ZIP Code |
| | **How long employed there?** | 5+ YEARS | 5+ YEARS |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $       9,395.00 | $       3,033.00 |
| 3. **Estimate and list monthly overtime pay.** | 3.  +$ _____ | +$ _____ |
| 4. **Calculate gross income.** Add line 2 + line 3 | 4.  $       9,395.00 | $       3,033.00 |

Debtor 1    WAYNE                    YOUNG                    Case number *(if known)* _____

First Name    Middle Name    Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here........................................................→ | 4. | $ | 9,395.00 | $  3,033.00 |
| **5. List all payroll deductions:** |  |  |  |  |
| 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ | 1,038.00 | 554.00 |
| 5b.  **Mandatory contributions for retirement plans** | 5b. | $ |  |  |
| 5c.  **Voluntary contributions for retirement plans** | 5c. | $ |  |  |
| 5d.  **Required repayments of retirement fund loans** | 5d. | $ |  |  |
| 5e.  **Insurance** | 5e. | $ | 1,016.00 |  |
| 5f.  **Domestic support obligations** | 5f. | $ |  |  |
| 5g.  **Union dues** | 5g. | $ |  |  |
| 5h.  **Other deductions.** Specify: _____ | 5h. | $ | 116.00 | 196.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ | 2,170.00 | 750.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 7,225.00 | 2,283.00 |
| **8. List all other income regularly received:** |  |  |  |  |
| 8a.  **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | -961.00 | 0.00 |
| 8b.  **Interest and dividends** | 8b. | $ |  | 0.00 |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ |  |  |
| 8d.  **Unemployment compensation** | 8d. | $ |  |  |
| 8e.  **Social Security** | 8e. | $ | 2,100.00 |  |
| 8f.  **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ |  |  |
| 8g.  **Pension or retirement income** | 8g. | $ |  |  |
| 8h.  **Other monthly income..** Specify: _____ | 8h. | $ |  |  |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ | 1,139.00 | $  0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ | 8,364.00 | + $ 2,283.00 = $ 10,647.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                    11.    + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies

12.   $  10,647.00

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No
☑ Yes.
Explain:   NO  NO

**Fill in this information to identify your case:**

| Debtor 1 | WAYNE | | YOUNG |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filling) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | | |
| Case number (if know) | 24-10764 | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 106J

# Schedule J: Your Expenses 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1  Is this a joint case?

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Wife | 52 | ☐ No  ☑ Yes |
| Daughter | 21 | ☐ No  ☑ Yes |
| . | _____ | ☐ No  ☐ Yes |
| . | _____ | ☐ No  ☐ Yes |
| . | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ | 1,996.00 |
| If not included in line 4: | | | |
| 4a.  Real estate taxes | 4a. | $ | 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ | 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ | 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ | 55.00 |

Debtor 1  WAYNE _____ YOUNG _____
      First Name    Middle Name    Last Name

Case number *(if known)* _____

**Your expenses**

| | | |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans  5. | $ 0.00 |
| 6. | Utilities: | |
| | 6a.  Electricity, heat, natural gas  6a. | $ 350.00 |
| | 6b.  Water, sewer, garbage collection  6b. | $ 100.00 |
| | 6c.  Telephone. cell phone, Internet, satellite, and cable services  6c. | $ 550.00 |
| | 6d.  Other. Specify: _____  6d. | $ |
| 7. | **Food and housekeeping supplies**  7. | $ 600.00 |
| 8. | **Childcare and children's education costs**  8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning**  9. | $ 20.00 |
| 10. | **Personal care products and services**  10. | $ 5.00 |
| 11. | **Medical and dental expenses**  11. | $ 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.  12. | $ 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. | $ 25.00 |
| 14. | **Charitable contributions and religious donations**  14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance  15a. | $ 0.00 |
| | 15b.  Health insurance  15b. | $ 0.00 |
| | 15c.  Vehicle insurance  15c. | $ 870.00 |
| | 15d.  Other insurance. Specify: _____  15d. | $ 133.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____  16. | $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1  17a. | $ 439.00 |
| | 17b.  Car payments for Vehicle 2  17b. | $ 735.00 |
| | 17c.  Other. Specify: _____  17c. | $ 0.00 |
| | 17d.  Other. Specify: _____  17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted** from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).  18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____  19. | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | |
| | 20a.  Mortgages on other property  20a. | $ 0.00 |
| | 20b.  Real estate taxes  20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance  20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses  20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues  20e. | $ 0.00 |

| Debtor 1 | WAYNE | | YOUNG | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other**. Specify: _____    21.   + $ _____

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.    22.   $ _____6,128.00

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $ _____10,647.00

23b.  Copy your monthly expenses from line 22 above.    23b.   $ _____6,128.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.   $ _____4,519.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

Explain here: NO

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | WAYNE |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the:

Case number (if known) _____

☐ Check if this is an amended filing

**Official Form 106Dec**

# Declaration About an Individual Debtor's Schedules

12 15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amend schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, AND 3571.

### Sign below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

✓ No.

☐ Yes  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signautre.* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and they are true and correct.

X _____  X _____
Signature of Debtor 1  Signature of Debtor 2

Date _____  Date _____